Cameron J. Schlagel, Bar No. 320732
cschlagel@swlaw.com
SNELL & WILMER L.L.P.
600 Anton Boulevard, Suite 1400
Costa Mesa, California 92626-7689
Telephone: 714.427.7000
Facsimile: 714.427.7799

*Attorneys for Defendant Grant Park Development, Inc. and Melvin Lee Smith*

SNELL & WILMER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| OAKMONT CAPITAL SERVICES LLC,<br><br>Plaintiff,<br><br>v.<br><br>GRANT PARK DEVELOPMENT, INC., MELVIN LEE SMITH, and Does 1-20,<br><br>Defendants. | Case No. 2:26-cv-02231-DJC-AC<br><br>**STIPULATION TO EXTEND TIME FOR DEFENDANT GRANT PARK DEVELOPMENT, INC. TO RESPOND TO COMPLAINT; ORDER**<br><br>Complaint Filed: June 24, 2026<br>Trial Date: None Set |

In accordance with Local Rule 144, Plaintiff Oakmont Capital Services, LLC ("Plaintiff") and Defendant Grant Park Development, Inc. ("Defendant"), by and through their respective counsel of record, hereby stipulate to extend Defendant's time to file a response to Plaintiff's Complaint (ECF No. 1) as follows:

1. Plaintiff filed the Complaint in this action on June 24, 2026.

2. The Complaint alleges claims for breach of contract and related causes of action against Defendant.

3. Defendant's original response to the Complaint was July 28, 2026 (twenty-one (21) days after service, pursuant to Federal Rule of Civil Procedure 12(a)(1)(A)(i)). Before

undersigned counsel was retained, the parties agreed to extend the response deadline to August 14, 2026.

4. This is the first formal request for an extension of time for Defendant to respond to the Complaint. No prior formal extensions have been sought or granted.

5. Defendant's counsel needs additional time to review the Complaint and its exhibits, confer with the client, and prepare an appropriate response.

6. Defendant has requested, and Plaintiff has agreed to, an extension of an additional fourteen (14) days for Defendant to respond to the Complaint, so that Defendant's response is due on August 28, 2026.

7. Because the requested extension exceeds twenty-eight (28) days from the original response deadline, this stipulation is submitted with a proposed order for Court approval, pursuant to Local Rule 144(a).

8. No party will be prejudiced by this extension of time.

Dated: August 17, 2026

SNELL & WILMER L.L.P.

By: */s/ Cameron J. Schlagel*
Cameron J. Schlagel

*Attorneys for Defendants*
*Attorneys for Defendant Grant Park Development, Inc. and Melvin Lee Smith*

Dated: August 17, 2026

DIEMER & WEI, LLP

By: */s/ Robert Diemer (as authorized 08/17/26)*
ROBERT DIEMER

*Attorneys for Plaintiff*
*Oakmont Capital Services, LLC*

SNELL & WILMER

SNELL & WILMER

**ORDER**

Having considered the parties' Stipulation to Extend Time for Defendant Grant Park Development, Inc. to Respond to Complaint, and good cause appearing therefor, **IT IS HEREBY ORDERED** that:

1. The parties' Stipulation to Extend Time for Defendant Grant Park Development, Inc. to Respond to Complaint is **GRANTED**;

2. Defendant Grant Park Development, Inc.'s deadline to file a response to Plaintiff's Complaint (ECF No. 1) is extended to and including August 28, 2026; and

3. All other dates and deadlines remain unchanged.

**IT IS SO ORDERED.**

Dated: August 20, 2026

/s/ Daniel J. Calabretta

THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE