Cameron J. Schlagel, Bar No. 320732
cschlagel@swlaw.com
SNELL & WILMER L.L.P.
600 Anton Boulevard, Suite 1400
Costa Mesa, California 92626-7689
Telephone: 714.427.7000
Facsimile: 714.427.7799

*Attorneys for Defendant Grant Park Development, Inc. and Melvin Lee Smith*

SNELL & WILMER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| OAKMONT CAPITAL SERVICES LLC,<br><br>Plaintiff,<br><br>v.<br><br>GRANT PARK DEVELOPMENT, INC., MELVIN LEE SMITH, and Does 1-20,<br><br>Defendants. | Case No. 2:26-cv-02231-DJC-AC<br><br>**SECOND STIPULATION TO EXTEND TIME FOR DEFENDANT GRANT PARK DEVELOPMENT, INC. TO RESPOND TO COMPLAINT; ORDER**<br><br>Complaint Filed: June 24, 2026<br>Trial Date: None Set |

In accordance with Local Rule 144, Plaintiff Oakmont Capital Services, LLC ("Plaintiff") and Defendant Grant Park Development, Inc. ("Defendant"), by and through their respective counsel of record, hereby stipulate to extend Defendant's time to file a response to Plaintiff's Complaint (ECF No. 1) as follows:

1. Plaintiff filed the Complaint in this action on June 24, 2026.

2. The Complaint alleges claims for breach of contract and related causes of action against Defendant.

3. Defendant's original response to the Complaint was July 28, 2026 (twenty-one (21) days after service, pursuant to Federal Rule of Civil Procedure 12(a)(1)(A)(i)). Before

undersigned counsel was retained, the parties agreed to extend the response deadline to August 14, 2026.

4. The parties previously stipulated to extend Defendant's response deadline to August 28, 2026, pursuant to a first stipulation to extend time (the "First Stipulation") (ECF No. 11), which was approved by the Court (ECF No. 13).

5. Since the filing of the First Stipulation, the parties have engaged in active settlement discussions and anticipate resolving this matter without the need for further litigation. The parties require additional time to continue these discussions.

6. Defendant has requested, and Plaintiff has agreed to, a further extension of thirty (30) days for Defendant to respond to the Complaint, so that Defendant's response is due on or before September 27, 2026.

7. Because this is a second extension and the total period of extensions exceeds twenty-eight (28) days from the original response deadline, this stipulation is submitted with a proposed order for Court approval, pursuant to Local Rule 144(a).

8. The total period of extensions obtained to date is thirty-one (31) days (from the original July 28, 2026 deadline to the current August 28, 2026 deadline). The requested additional thirty (30) days would bring the total extensions to sixty-one (61) days, as required to be disclosed under Local Rule 144(b).

9. No party will be prejudiced by this extension of time.

Dated: August 26, 2026

SNELL & WILMER L.L.P.

By: */s/ Cameron J. Schlagel*
Cameron J. Schlagel

*Attorneys for Defendants*
*Attorneys for Defendant Grant Park Development, Inc. and Melvin Lee Smith*

SNELL & WILMER

Dated: August 26, 2026

DIEMER & WEI, LLP

By: */s/ Kathryn S. Diemer (as authorized 08/26/26)*
Kathryn S. Diemer

*Attorneys for Plaintiff*
*Oakmont Capital Services, LLC*

SNELL & WILMER

**ORDER**

Having considered the parties' Second Stipulation to Extend Time for Defendant Grant Park Development, Inc. to Respond to Complaint, and good cause appearing therefor, **IT IS HEREBY ORDERED** that:

1. The parties' Second Stipulation to Extend Time for Defendant Grant Park Development, Inc. to Respond to Complaint is **GRANTED**;

2. Defendant Grant Park Development, Inc.'s deadline to file a response to Plaintiff's Complaint (ECF No. 1) is extended to and including September 28, 2026; and

3. All other dates and deadlines remain unchanged.

**IT IS SO ORDERED.**

Dated: August 26, 2026

/s/ Daniel J. Calabretta

THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE

SNELL & WILMER