Cameron J. Schlagel, Bar No. 320732
cschlagel@swlaw.com
SNELL & WILMER L.L.P.
600 Anton Boulevard, Suite 1400
Costa Mesa, California 92626-7689
Telephone: 714.427.7000
Facsimile: 714.427.7799

*Attorneys for Defendant Grant Park Development, Inc. and Melvin Lee Smith*

**UNITED STATES DISTRICT COURT FOR THE**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| OAKMONT CAPITAL SERVICES LLC,<br>Plaintiff,<br>v.<br>GRANT PARK DEVELOPMENT, INC., ET AL.,<br>Defendants. | Case No.: 2:26-cv-02231-DJC-AC<br><br>**ORDER** |

The Court has considered Defendants' First Request to Extend Time to File Case Disposition Documents After Settlement. Finding good cause, the Court **HEREBY ORDERS** as follows:

**IT IS ORDERED** that the deadline for the Parties to file dispositional documents under Local Rule 160 is **EXTENDED** up to and including November 18, 2026. The Court retains jurisdiction over this matter pending the Parties' filing of dispositional documents.

**IT IS SO ORDERED.**

Dated: October 20, 2026

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE